**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2011 AUG 17 PM 3:00

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL NO. SA11CR0683FB |
| Plaintiff, | § **INDICTMENT** |
| | § |
| VS. | § Counts 1-2: 29 U.S.C. § 501(c) |
| | § Embezzlement and Theft of Labor Union Assets |
| JUAN PAREDES RIOS | § Count 3: 18 U.S.C. § 513(a) |
| | § Securities of the States and Private Entities |
| Defendant. | § |

THE GRAND JURY CHARGES:

### COUNT ONE
[29 U.S.C. § 501(c)]

From on or about July 10, 2007, and continuing to on or about October 25, 2007, within the Western District of Texas, the Defendant,

**JUAN PAREDES RIOS,**

while a person employed, directly and indirectly, by the American Federation of Musicians, Local 23, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of $1,872.31.

All in violation of Title 29, United States Code, Section 501(c).

### COUNT TWO
[29 U.S.C. § 501(c)]

From on or about November 5, 2007, and continuing to on or about May 30, 2008, within the Western District of Texas, the Defendant,

**JUAN PAREDES RIOS,**

while an officer, that is, Secretary-Treasurer, of the American Federation of Musicians, Local 23, a

labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of $13,535.46.

All in violation of Title 29, United States Code, Section 501(c).

## COUNT THREE
[18 U.S.C. § 513(a)]

From on or about July 10, 2007, and continuing to on or about May 30, 2008, within the Western District of Texas, the Defendant,

**JUAN PAREDES RIOS,**

did knowingly possess 41 forged securities of the American Federation of Musicians, Local 23, to wit: 41 checks containing forged signatures in the approximate amount totaling $15,407.77, with the intent to deceive the American Federation of Musicians, Local 23.

All in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
/SARAH WANNARKA
Assistant United States Attorney

5